

EPSTEIN
BECKER
GREEN

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

July 24, 2026

**VIA ECF**

Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

> Re:  ***Marsh USA LLC v. Alliant Insurance Services, Inc., Glenn Pelletiere, and Colin Horgan*, Civil Action No. 25-cv-05470 (JPO), Joint Status Letter**

Dear Judge Oetken:

Plaintiff Marsh USA LLC and Defendants Alliant Insurance Services, Inc., Glenn Pelletiere, and Colin Horgan have conferred and jointly submit this status letter, as directed by the Court.

**Expert Discovery -** The parties intend to proceed with expert discovery. By the Court's June 29, 2026 Order (ECF No. 39), the expert discovery deadline is October 9, 2026.

**Settlement Conference -** The parties jointly request referral of this matter to a magistrate judge for a settlement conference.

**Summary Judgment Briefing and Trial Dates** - The parties propose the following schedule:

|   |   |   |
|---|---|---|
| a. | **Moving papers due:** | October 1, 2026 |
| b. | **Opposition papers due:** | November 18, 2026 |
| c. | **Reply papers due:** | December 18, 2026 |
| d. | **Initial trial date:** | January 25, 2027 |

Honorable J. Paul Oetken
United States District Judge
July 24, 2026
Page 2

We thank the Court for its consideration.

Respectfully submitted,

*s/ David W. Garland*

David W. Garland

cc:  All Counsel of Record (via ECF)